IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAYLOR WILLIAM MONTGOMERY-GUTZMAN,**<br><br>Petitioner,<br><br>v.<br><br>**PATRICK COVELO,**<br><br>Respondent. | Case No. 2:24-cv-00739 DAD CKD<br><br>**ORDER** |

Respondent has moved for a 60-day enlargement of time to file response to Petitioner's Petition for Writ of Habeas Corpus.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's request is granted. The response to Petitioner's Petition for Writ of Habeas Corpus shall be filed on or before July 16, 2024.

Dated: May 20, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE